# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Dorrell C. Jackson

3492744

401 E. Madison St

Baltimore Md 21202

(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

City of Baltimore &
Police Department

(Full name and address of respondent)
**Defendant(s).**

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 0 6 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case No.: _____
(Leave blank. To be filled in by Court.)

## COMPLAINT

I. Previous Lawsuits

   A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES ☐   NO ☑

   B. If you answered YES, describe that case(s) in the spaces below.

   1. Parties to the other case(s):

      Plaintiff: _____

      Defendant(s): _____

   2. Court (if a federal court name the district; if a state court name the city or county):

      _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____
   _____

7. Date of Disposition: _____

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

      YES ☐   NO ☑

   1. If you answered YES:

      a. What was the result? _____
         _____

      b. Did you appeal? _____

         YES ☐   NO ☑

   2. If you answered NO to either of the questions above, explain why: _____
      I did write a complaint but the officer never got back to me

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   My name is Dorrell C Jackson #3492744 I was shot multiple times on June 19, 2021 on the 2000 block of Penrose I was outside sitting on porch steps when 2 people wearing hoods came around the corner & started shooting I ran as shots was continued to be fired I explained all this to the detectives that was

IV. Relief
(State briefly what you want the Court to do for you.)

Assigned to The case Now I Honestly don't Believe that A thorough investigation was conducted Because I only Spoken to the detectives one time since I woke up In The Hospital They didn't say Nothing except that Nobody

SIGNED THIS 28 day of November, 2022

Seen Anything He didn't show me A photo line up or the video to see if I could point the guys who shot me out of the line up Or was I giving Any updates Or Nothing It Felt like they Are Not taking My case or life Serious I also found out later From My Aunt that when My cousin was killed They found the Murder weapon That shot me They didn't inform me Nor did They put Him in a photo line up so I can see if I Recongnize Him which also made me Believe that they wasn't taking my life serious I would like for the lead detective in my case to be fired & I think I should be compensated for all the Pain & suffering that I went through I Am asking for The Amount of $350,000

Dowell C Jackson
Signature of Plaintiff

Dowell C Jackson
Printed Name

401 E Madison
Address

_____
Telephone Number

Sgt.Dowell114@yahoo.com
Email Address